Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>YSR, Inc.,<br><br>　　　　　　　Defendant, | Civil Action No: 17-cv-00438-GMN-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that the above-entitled action be dismissed with prejudice.

/ / /

/ / /

**RESPECTFULLY** submitted this 4th day of October, 2017.

/s/ Whitney C. Wilcher                    /s/ Chad C. Butterfield
Whitney C. Wilcher, Esq.                  Chad C. Butterfield
THE WILCHER FIRM                          WILSON ELSER MOSKOWITZ
Nevada State Bar No. 7212                 EDELMAN & DICKER, LLP
8465 West Sahara Avenue                   300 South 4th Street- 11th Floor
Suite 111-236                             Las Vegas, NV 89101
Las Vegas, NV 89117                       chad.butterfield@wilsonelser.com
(702) 466-1959                            *Attorney for Defendant*
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## **ORDER**

ORDERED, dismissing this action with prejudice.

DATED                                     October 10, 2017

                                          BY THE COURT:

                                          _____
                                          UNITED STATES DISTRICT JUDGE

2